The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANTONIO GOMEZ, <br> Defendant. | NO. CR16-305JLR <br><br> [~~PROPOSED~~] ORDER |

Leave of Court is GRANTED for the government's dismissal without prejudice of the Indictment, dated December 8, 2016, in the above-captioned matter charging the defendant, ANTONIO GOMEZ, with a violation of Title 21, United States Code, Section 841(a).

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to this Defendant are dismissed, without prejudice.

Dated this 13th day of December, 2016

HON. JAMES L. ROBART
United States District Judge

ORDER/GOMEZ - 1
No. CR16-305JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Presented by:

2 | *s/ Steven T. Masada*
3 | STEVEN T. MASADA
4 | Assistant United States Attorney

28 | ORDER/GOMEZ - 2
No. CR16-305JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970